1

2  Majid Foroozandeh, Esq.
   **Law Offices of Foroozandeh, APC**
3  9891 Irvine Center Dr., Suite 130
   Irvine, CA 92618-5959
4  (949) 336-8505 Fax (208) 485-5959
   State Bar Number: 248685
5  Attorney for Danny Craig O'Neal II and Becky Ann O'Neal
6  Debtors and Debtors in Possession

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                   **SANTA ANA DIVISION**

11 In Re:                              ) Case No.: 8:09-bk-19367 - TA
                                       )
12                                     )
                                       ) Chapter : 11
13                                     )
                                       )
14 Danny Craig O'Neal II and           ) **CONFIRMATION BRIEF**
   Becky Ann O'Neal                    )
15                                     )
                                       )
16                                     )
                                       )
                Debtors                ) **Confirmation Hearing**
17                                     )
                                       )
18                                     ) Date:  09-29-10
                                       )
19                                     ) Time: 11:00 A.M
                                       )
20                                     ) Place:  411 West Fourth St.,
                                       )             Santa Ana, CA 92701-Crtrm 5B
21                                     )
                                       )
22                                     )
                                       )
23                                     )
                                       )
24                                     )
                                       )
25                                     )
                                       )
26                                     )

27

28 **TO THE HONORABLE THEODOR ALBERT, UNITED STATES BANKRUPTCY JUDGE:**

LAW OFFICE OF FOROOZANDEH, APC
9891 IRVINE CENTER DRIVE, SUITE 130, IRVINE, CA 92618
TEL: (949) 336-8505, FAX: (208) 485-5959

the Debtors are entitled to a discharge pursuant to Section 1141 and the Plan does provide for a discharge on completion of all payments under the Plan.

III.

<u>THE COURT SHOULD CONFIRM THE PLAN AS CLASS FOUR HAS RETURNED ITS BALLOT VOTING IN FAVOR OF THE PLAN.</u>

Although only one of the creditors from the unsecured class voted to approve the Plan, the [Impaired] Secured Non-Priority Class Creditor, Bank of America Home loans has voted to approve the Plan. Furthermore, the Plan does not "discriminate unfairly," and is "fair and equitable," with respect to each class. (11 U.S.C. section 1129(b)(1)).

Accordingly, the Court should confirm the Plan.

IV.

**CONCLUSION**

Section 1129 provides that a bankruptcy court must confirm a plan if the plan complies with the requirements thereof. As established above, the Debtor's Plan fully complies with the requirements for confirmation set forth in Section 1129. Accordingly, confirmation of the Plan is appropriate in this case.

Dated: September 10, 2010                    LAW OFFICE OF FOROOZANDEH, APC.


_____
Majid Foroozandeh, Esq.
Counsel for Debtors

# EXHIBITS

1. STIPULATION BETWEEN BANK OF AMERICAN HOME LOAN AND DEBTORS; RE: CLASS 4 APPROVAL OF PLAN

2. BANK OF AMERICA HOME LOAN BALLOT

3. DECLARATION OF EUGENE HOOSER

1 │ PROBER & RAPHAEL, A LAW CORPORATION
2 │ DEAN R. PROBER, ESQUIRE, #106207
   │ LEE S. RAPHAEL, ESQUIRE, #180030
3 │ CASSANDRA J. RICHEY, ESQUIRE #155721
   │ DAVID F. MAKKABI, ESQUIRE #249825
4 │ MELISSA VERMILLION, ESQUIRE #241354
   │ WILLIAM K. HONG, ESQUIRE #266690
5 │ 20750 Ventura Boulevard, Suite 100
   │ Woodland Hills, CA  91364
6 │ P.O. Box 4365
7 │ Woodland Hills, CA  91365-4365
   │ (818) 227-0100
8 │ C.094-7097
   │ Attorneys for Secured Creditor
9 │

10 │              UNITED STATES BANKRUPTCY COURT

11 │              CENTRAL DISTRICT OF CALIFORNIA

12 │   In re                              Bk. No. 8:09-bk-19367-TA

13 │   DANNY CRAIG O'NEAL II AND          CHAPTER 11
14 │   BECKY ANN O'NEAL,

15 │       Debtors.
   │   ─────────────────────────────────/
16 │   BAC HOME LOANS SERVICING, LP,
17 │   SERVICING AGENT ON BEHALF OF THE   Hearing:
   │   BANK OF NEW YORK MELLON FKA THE    Date: August 25, 2010
18 │   BANK OF NEW YORK, AS TRUSTEE FOR   Time: 11:00 AM
   │   THE CERTIFICATEHOLDERS             Place: U.S. Bankruptcy Court
19 │   ALTERNATIVE LOAN TRUST 2007-9T1        411 W. Fourth Street
   │   MORTGAGE PASS-THROUGH                  Santa Ana, CA
20 │   CERTIFICATES, SERIES 2007-9T1, its     Courtroom: 5B
   │   assignees and/or successors in interest,  Floor: 5
21 │
22 │       Secured Creditor,
23 │   vs.
24 │   DANNY CRAIG O'NEAL II AND
25 │   BECKY ANN O'NEAL, Debtors;
26 │       Respondents.
   │   ─────────────────────────────────/
27 │          **STIPULATION RE PLAN TREATMENT**
28 │

                              1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BAC Home Loans Servicing, LP, servicing agent on behalf of The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders Alternative Loan Trust 2007-9T1 Mortgage Pass-Through Certificates, Series 2007-9T1, its assignees and/or successors in interest, Secured Creditor, by and through its attorneys of record, Prober & Raphael, and Debtors, Danny Craig O'Neal II and Becky Ann O'Neal, by and through their attorneys of record, Majid Foroozandeh, Esq., hereby stipulate and agree as follows:

IT IS STIPULATED AND AGREED that the Debtors' property generally described as 9 Via Zapador, Rancho Santa Margarita, California (hereinafter "Subject Property"), upon which Secured Creditor holds the first position Note and Deed of Trust dated February 27, 2007, originally valued at $522,000,000.  Debtors shall continue to make the ongoing payments in accordance with the original Note and Deed of Trust, dated February 27, 2007.

IT IS FURTHER STIPULATED AND AGREED that the Debtors shall cure the outstanding arrears on the Subject Property over 60 months, beginning the first month following the execution and approval of this Stipulation.

IT IS FURTHER STIPULATED AND AGREED that the Debtors shall maintain insurance on the subject property, naming Secured Creditor as loss payee as well as maintain the property taxes on the subject property.

IT IS FURTHER STIPULATED AND AGREED that all other provisions of the Note and Deed of Trust dated February 27, 2007, held by Secured Creditor shall remain in full force and effect unless specifically modified herein.

IT IS FURTHER STIPULATED AND AGREED that if the Debtors fails to maintain the regular monthly payments as outlined herein on Secured Creditor's obligation, allowing the normal grace period, or fails to make the arrearage payment during the 60 month cure period, or fails to maintain the property taxes or insurance, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a Notice of Default. The Debtors shall have 25 days from the date of the Notice of Default to cure the default. If upon the twenty-sixth (26th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Affidavit of

2

Default with an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the Subject Property, pursuant to applicable state law, and take any action necessary to obtain complete possession thereof.

IT IS FURTHER STIPULATED AND AGREED that the Debtors shall be provided three Notices of Default and three chances to cure. On the third occasion of default, as outlined above, Secured Creditor will submit to this Court an Affidavit of Default with an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the Subject Property, pursuant to applicable state law, and take any action necessary to obtain complete possession thereof.

IT IS FURTHER STIPULATED AND AGREED that any funds received by Secured Creditor, which are subsequently returned for non-sufficient funds, including funds received and applied prior to the terms of this Order, shall be subject to the default provisions contained herein.

IT IS FURTHER STIPULATED AND AGREED that the terms and conditions of this Stipulation may not be modified, altered or changed in any Chapter 11 Plan for Reorganization without the express written consent of Secured Creditor.

DATED: August 12, 2010

PROBER & RAPHAEL, A LAW CORPORATION

By /s/ David M. Makkabi
    David F. Makkabi, Esquire #249825
Attorneys for Secured Creditor

DATED:

By _____
    Majid Foroozandeh, Esquire
Attorney for Debtors

| In re:<br>DANNY CRAIG O'NEAL II AND BECKY ANN O'NEAL<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 8:09-bk-19367-TA |
| --- | --- |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364

The foregoing document described **STIPULATION RE PLAN TREATMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 08/12/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

    **Majid Foroozandeh** majidf@foroozandeh-law.com, jessicab@foroozandehlaw.com;
    eugeneh@foroozandeh-law.com;jayn@foroozandeh-law.com
    **Michael J Hauser** michael.hauser@usdoj.gov
    **David F Makkabi** cmartin@pprlaw.net
    **Ramesh Singh** claims@recoverycorp.com
    **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____    _____    _____
*Date*                              *Type Name*                          *Signature*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                **F 9013-3.1**

| In re:<br>DANNY CRAIG O'NEAL II AND BECKY ANN O'NEAL<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 8:09-bk-19367-TA |
| --- | --- |

II.    **SERVED BY U.S. MAIL**

Honorable Theodor Albert
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5085
Santa Ana, CA 92701-4593
JUDGE'S COPY

Danny Craig O'Neal II
Becky Ann O'Neal
9 Via Zapador
Rancho Santa Margarita, CA 92688
Debtors

Majid Foroozandeh, Esquire
9891 Irvine Center Dr., Suite 130
Irvine, CA 92618
Attorney for Debtors

Michael J. Hauser, Esquire
Office of the U.S. Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701
Attorney for the U.S. Trustee

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                              F 9013-3.1

**EXHIBIT 2**



**EXHIBIT 2**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| DANNY CRAIG O'NEAL II AND | ) | |
| BECKY ANN O'NEAL, | ) | CHAPTER 11 |
| | ) | |
| Debtors. | ) | CASE NO. 8:09-bk-19367-TA |
| | ) | |

## BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION (Class 1)

THE PLAN OF REORGANIZATION REFERRED TO IN THIS BALLOT CAN BE
CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS
ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN THE AMOUNT AND MORE THAN
ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS. IN THE EVENT THE REQUISITE
ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM
THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE
TREATMENT TO THE CLASS REJECTING IT. TO HAVE YOUR VOTE COUNT YOU
MUST COMPLETE AND RETURN THIS BALLOT.

The undersigned, attorney for creditor BAC Home Loans Servicing, LP, servicing agent
on behalf of The Bank of New York Mellon fka The Bank of New York, as Trustee for the
Certificateholders Alternative Loan Trust 2007-9T1 Mortgage Pass-Through Certificates, Series
2007-9T1, has a Class 1 secured claim in the unpaid principal amount of $519,366.20, plus pre-
petition arrears of $37,774.60 totaling $557,140.80 for real property located at **9 Via Zapador,
Rancho Santa Margarita, California**. This amount does not include additional post-petition
arrears, fees and costs that may be due pursuant to the subject security instruments.

The undersigned (Check One Box):

☒ ACCEPTS THE PLAN *        ☐ REJECTS THE PLAN
*Approved provided Stipulation is incorporated into the Plan.

## THIS BALLOT MUST BE RECEIVED ON OR BEFORE AUGUST 13, 2010

RETURN TO : Majid Foroozandeh
Telephone: 949-336-8505
Facsimile:  208-485-5959

| | |
|---|---|
| Name of Company: | BAC Home Loans Servicing, LP et al. |

| | |
|---|---|
| Signed: | __/s/ Cassandra J. Richey_____ |
| | Cassandra J. Richey, Esq. |
| As: | Counsel |
| Address: | Prober & Raphael, A Law Corporation |
| | 20750 Ventura Boulevard, Suite 100 |
| | Woodland Hills, California 91364 |
| | (818) 227-0100 |

**EXHIBIT 3**



EXHIBIT 3

# DECLARATION OF EUGENE HOOSER

Re:  8:09-bk-19367-TA

I, Eugene Hooser, declare:

1.  If called upon to testify in open court I would testify under oath as follows:

2.  On June 30, 2010 I served the Debtor's Chapter 11 Second Modified Plan of Reorganization and the Second Amended Disclosure Statement upon all creditors. U.S. Trustee, Chapter 11 Trustee and the Honorable Judge Theodor Albert.

3.  As of this date counsel for the Debtors has not received any objections to the Second Plan of Reorganization.

4.  The attached Ballot (Exhibit 2) is an exact duplicate of the original.

5.  Exhibit 1 is an exact duplicate of the original.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of September 2010.

_____
Eugene Hooser

| In re:                         | CHAPTER: **11**                    |
|                                |                                    |
| **Danny Craig O'Neal, II**     | CASE NUMBER: **8:09-bk-19367-TA**  |
|                     Debtor(s). |                                    |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
  **9891 Irvine Center Drive, Suite 130**
  **Irvine, CA 92618**

A true and correct copy of the foregoing document described as **CONFIRMATION BRIEF**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __**09/10/2010**__   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Michael J Hauser | michael.hauser@usdoj.gov |
| Majid Foroozandeh | majidf@foroozandeh-law.com, kcardenas@foroozandeh-law.com |
| David F Makkabi | cmartin@ppriaw.net |

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __**09/10/2010**__   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____   I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| __**09/10/2010**__ | __**Jessica Belmont**__ | _(signature)_ |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_January 2009_
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

**F 9013-3.1**
Best Case Bankruptcy

| In re:<br><br>**Danny Craig O'Neal, II**<br>**Becky Ann O'Neal**<br><br>Debtor(s). | CHAPTER **11**<br><br>CASE NUMBER **8:09-bk-19367-TA** |
| --- | --- |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**Honorable Theodore C. Albert**
**United States Bankruptcy Judge**
**411 West Fourth Street, Suite 2030 CrtRm 5B**
**Santa Ana, CA 92701**

4 Pals Plumbing
7072 Garfield Avenue
Huntington Beach, CA 92648

A.G. Adjusments, LTD
740 Wait Whitman Rd
Melville, NY 11747

AAC Painting Contractor
11120 Acheson Way
Riverside, CA 92505

ABC Amega Inc
1100 Main St
Buffalo, NY 14209-2356

Able Iron Works
222 Hershey Street
Pomona, CA 91767

Allen Johnson Backhoe
25651 Pinto Court
Laguna Hills, CA 92653

Allied Construction Group
18698 Racquet Lane
Huntington Beach, CA 92648

American Bureau of Collections
1100 Main Street
Buffalo, NY 14209-2356

American Express
P.O. Box 3001
Malvern, PA 19355-0701

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

| In re: | CHAPTER 11 |
|---|---|
| **Danny Craig O'Neal, II** | CASE NUMBER **8:09-bk-19367-TA** |
| **Becky Ann O'Neal** | |
| Debtor(s). | |

Arias Construction
1887 Lathan Avenue
Camarillo, CA 93010

Baffin Bay Self Storage
25650 Baffin Bay Drive
Lake Forest, CA 92630

Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

Bank of America Home Loans
P.O. Box 5170
Simi Valley, CA 93062-5170

Bay Ornamental Iron, Inc.
757 Newton Way
Costa Mesa, CA 92627

Belken Electric Inc.
2025 Chicago Avenue Suite A-4
Riverside, CA 92507

Beta Finance Co
8450 Broadway
Merrillville, IN 46410

Beta Finance Co. Inc.
P.O. Box 660232
Indianapolis, CA 46266

BHC Crane Service
2100 East 23rd Street
Carson, CA 90810-1611

Bright Prospects
P.O. Box 5213
Carol Stream, IL 60197

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    F 9013-3.1

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

| In re:                                          | CHAPTER 11                              |
|                                                  |                                          |
| **Danny Craig O'Neal, II**                       | CASE NUMBER **8:09-bk-19367-TA**.       |
| **Becky Ann O'Neal**                             |                                          |
|                                      Debtor(s).  |                                          |

California Pluming & Sanitation Inc
18456 Chickory Drive
Riverside, CA 92504

Cannon Heating & Air
865 West Granada Street
Bloomington, CA 92316

Capital One Bank (USA), NA
C/O TSYS Debt Management (TDM)
P.O. Box 5155
Norcross, GA 30091

Champ Steel Inc
633 E Young Street
Santa Ana, CA 92705

Citibank
P.O. Box 9241
Uniondale, NY 11555-9241

City Attorney's Office
P.O. Box 190
Huntington Beach,, CA 92648

City of Huntington Beach
P.O. Box 711
Huntington Beach, CA 92648-0711

Clovis & Roche, Inc
P.O. Box 1164
Metairie, LA 70004

Coffelt Street Sweeping
2411 West Whitter Blvd
La Habra, CA 90631

Collect Corporation
300 International Drive Suite 100
Buffalo, NY 14221

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

| In re: | CHAPTER 11 |
|---|---|
| **Danny Craig O'Neal, II** <br> **Becky Ann O'Neal** | **CASE NUMBER 8:09-bk-19367-TA** |
| Debtor(s). | |

College Glass & Mirror Inc.
1007 W. Taft Avenue
Orange, CA 92865

Community Bank
790 East Colorado Blvd
Pasadena, CA 91101

Construction Controller Srvs Inc
P.O. Box 420700
San Diego, CA 92142

Cox Communications
29947 Avenida De Las Banderas
Rch Santa Margarita, CA 92688

CR&R, Inc.
P.O. Box 206
Stanton, CA 90680

D & S LTD
13809 Research Blvd Suite 800
Austin, TX 78750

David F Freeman, Esq.
150 N Santa Anita Ave Suite 685
Arcadia, CA 91006

Discover Card
P.O. Box 3025
New Albany, OH 43054

Dwain Porter
1590 Cazebo Lane
Hemet, CA 92545

Enkay Engineering & Equipment, Inc.
1639 Monrovia Avenue
Costa Mesa, CA 92627

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

| In re: | CHAPTER **11** |
| **Danny Craig O'Neal, II**<br>**Becky Ann O'Neal** | CASE NUMBER **8:09-bk-19367-TA** |
| Debtor(s). | |

Express Pipe & Supply Co., Inc.
41579 Cherry Street Unit B
Murrieta, CA 92562

Express Pipe & Supply, Co
1235 South Lewis St
Anaheim, CA 92805

Ferguson Enterprises, Inc.
FEI - Southern Cal-Admin #1350
Pomona, CA 09176-6000

First Equity Card
c/o Creditors Bankruptcy Court
P.O. Box 740933
Dallas, TX 75374

First Equity Card Corp
P.O. Box 23029
Columbus, GA 31902-3029

Flat & Vertical, Inc.
7342 Walnut Avenue
Buena Park, CA 90620

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

Frank J. Guiltinan
PO Box
Monrovia, CA 91016

Garrison Construction
3740 Ocean Way Suite 307
Oceanside, CA 92056

GDS Industries
9357 Richmond Place
Rancho Cucamonga, CA 91730

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re: | CHAPTER 11 |
|---|---|
| **Danny Craig O'Neal, II**<br>**Becky Ann O'Neal** | **CASE NUMBER 8:09-bk-19367-TA** |
| Debtor(s). | |

GDS Industries, Inc
1237 Breakaway Drive
Oceanside, CA 92057

George Sykulski, Esq.
16027 Ventura Blvd Suite 503
Encino, CA 91436

Giles Engineering Associates, Inc.
N8 W22350 Johnson Drive Suite A1
Waukesha, WI 53186

Glazing Concepts, Inc
560 West Rincon Street
Corona, CA 92882

Gleen M. Gelman & Associates
1940 E 17th Street
Santa Ana, CA 92705

Global Geo Enginering
3 Corporate Park Suite 270
Irvine, CA 92606

GM Grading & Engineering Inc.
172 Giotto
Irvine, CA 92614

Golden Office Trailers, Inc.
P.O. Box 669
Wildomar, CA 92595

Golden State Paving Co. Inc.
6351 Burnham Ave
Buena Park, CA 90621

Grainger Industrial Supply
2 Doppler
Irvine, CA 92618

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

| In re: | CHAPTER 11 |
| Danny Craig O'Neal, II<br>Becky Ann O'Neal<br><br>Debtor(s). | CASE NUMBER **8:09-bk-19367-TA** |

Green & Campbell, LLP
1777 E Los Angeles Ave Suite 201
Simi Valley, CA 93065

Hasz Fund Control
6016 Fallbrook Ave
Suite 204

Woodland Hills, CA 91367
Hausman & Sosa, LLP
18757 Burbank Blvd. Suite 305
Tarzana, CA 91356-6329

HSBC Card Services
P.O. Box 17332
Baltimore, MD 21297-1332

Hutchings Court Reporters, LLC
6055 E. Washintong Blvd. 8th Fl
Los Angeles,, CA 90040

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Irvine Rockfield Investments, Inc.
15520 Rockfield Boulevard A # 200
Irvine, CA 92618

J-JR Interior Drywall Systems
8749 Alondra Blvd.
Paramount, CA 90723

J.W. Johnson Construction
P.O. Box 3655
Big Bear Lake, CA 92315

Jacobs & Dodds
Paul N Jacobs, Esq.
2151 Michelson Dr, Suite 295
Irvine, CA 92612

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                              **F 9013-3.1**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

| In re: | CHAPTER 11 |
| **Danny Craig O'Neal, II**<br>**Becky Ann O'Neal**<br><div align="right">Debtor(s).</div> | CASE NUMBER **8:09-bk-19367-TA** |

Janney & Janney
455 W. La Cadena, Suite 17
Riverside,, CA 92501

JR Investmrnt & Development, Inc
4055 Guasti Road Suite 102
Ontario, CA 91761

Judson Charles, Inc.
27762 Antonio Parkway L1-543
Ladera Ranch, CA 92694

Kaiser Permanente
File 5915
Los Angeles, CA 90074-5915

King Civil Engineering Corp.
101 S. Kraemer Blvd. Suite 225
Placentia, CA 92870

Labor Ready
P.O. Box 31001-0257
Pasadena, CA 91110-0257

Lanak & Hanna PC
400 North Tustin Ave Suite 120
Santa Ana, CA 92705-3815

Lanak & Hanna, P.C.
400 North Tustin Ave
Suite 120
Santa Ana, CA 92705-3815

Law Off. of Case, Knowlson & Jordan
620 Newport Center Dr Suite 280
Newport Beach, CA 92660

Law Offices of Hausman & Sosa, LLP
18757 Burbank Blvd. Suite 305
Tarzana, CA 91356-6329

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                 **F 9013-3.1**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

| In re: | CHAPTER 11 |
| **Danny Craig O'Neal, II**<br>**Becky Ann O'Neal** | CASE NUMBER **8:09-bk-19367-TA** |
| Debtor(s). | |

Law Offices of James Hinds JR
21515 Hawthorne Blvd Suite 1150
Torrance, CA 90503

Law Offices of Victor L Gammill
17972 Sky Park Circle, Suite B
Irvine, CA 92614

Leroy Vasquez Construction Co
5222 Concha Dr
Mira Loma,, CA 91752

Lirio Marble & Granite
2100 E. Howell Avenue Suite 303
Anaheim, CA 92806

Lobb, Cliff, & Lester LLP
1325 Spruce Street Suite 300
Riverside, CA 92507

Malefyt Land Planning
3434 Via Lido Suite 250
Newport Beach, CA 92663

Martec Roofing Company
P.O. Box 1652
Costa Mesa, CA 92628

McDe's Concrete Pumping Inc.
P.O. Box 4043
Orange, CA 92863

Michael J. Hauser, Esq.
Bankruptcy Trustee
411 West Fourth St., Suite 9041
Santa Ana, CA 92701

Midget Inspection, Inc.
365 Mainsail Road
Oceanside,, CA 92054

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

| In re: | CHAPTER 11 |
|---|---|
| **Danny Craig O'Neal, II** | **CASE NUMBER 8:09-bk-19367-TA** |
| **Becky Ann O'Neal** | |
| Debtor(s). | |

Mike Dolan
601 Brandom Way
Austin, TX 78733

Myers Electric
567 S. Albertson Avenue
Covina, CA 91723

National Construction Rentals Inc
P.O. Box 4503
Pacoima, CA 91333

NFG
P.O. Box 2146
Rockville, MD 20847

Ocean Breeze Plaza, Inc
16478 Beach Blvd
Suite 309
Westminster, CA 92683

OJ Insulation, LP
600 South Vincent Avenue
Azusa, CA 91702

Old Republic Surety Company
445 South Moorland road Suite 301
Brookfield, WI 53201

OnCall Techs
8816 W Foothill Blvd. Suite 178
Rancho, CA 91730

Orange County Scaffold, Inc.
121 E. Meats Avenue
Orange, CA 92865

Otis Elevator Company
711 E. Ball Road Suite 220
Anaheim, CA 92805

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                          **F 9013-3.1**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

| In re: | | CHAPTER **11** |
|---|---|---|
| **Danny Craig O'Neal, II** **Becky Ann O'Neal** | | CASE NUMBER **8:09-bk-19367-TA** |
| | Debtor(s). | |

Paramount Scaffold, Inc.
16525 S. Avalon Blvd.
Carson, CA 90746

Penhall Rentals
16401 Construction Circle West
Irvine,, CA 92806

PM Environmental Systems Inc.
738 E. Palm Ave
Monrovia, CA 91016

Porrero Mc Laughlin Inc
44681 Corte Veranos
Temecula, CA 92592

Power Plus
1005 N. Edward Court
Anaheim, CA 92806

Preferred Framing
9225 Charles Smith Avenue
Rancho Cucamonga, CA 91730-5507

Pro Consulting Services
P.O. Box 66768
Houston, TX 77266-6768

RaboBank
P.O. Box 6002
Arroyo Grande, CA 93421-6002

Rabobank, N.A.
P.O. Box 1845
El Centro, CA 92244

Rainbow Disposal Co., Inc.
P.O. Box 1026
Huntington Beach,, CA 92647

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

| In re: | CHAPTER 11 |
|--------|------------|
| **Danny Craig O'Neal, II**<br>**Becky Ann O'Neal**<br><br>                                          Debtor(s). | CASE NUMBER **8:09-bk-19367-TA** |

ReconTrust Company, N.A.
1800 Tapo Canyon Rd.
Simi Valley, CA 93063

Robobank NA
45 River Park Place West
Suite 507
Fresno, CA 93720

Rosell Surveying & Mapping, Inc.
15180 Transistor Lane
Huntington Beach, CA 92649

SABP, Inc
17922 Sky Park Circle # H
Irvine, CA 92614

Saddleback Steel Fabricator, Inc.
3636 W. First Street
Santa Ana, CA 92703

Safeco Insurance
P.O. Box 6486
Carol Stream, IL 60197-6486

Safeguard Fence
3330 Shawnee Drive
Norco, CA 92860
Santa Ana Blueprint

17922 Sky Park Circle Suite H
Irvine, CA 92614
Santa Margarita Embroidery, Inc.

22521 Avenida Empressa Suite 113
Rch. Santa Margarita, CA 92688

SC Consulting Group, Inc.
6 Morgan Suite 114
Irvine, CA 92618

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                           **F 9013-3.1**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

| In re: | CHAPTER 11 |
|---|---|
| **Danny Craig O'Neal, II**<br>**Becky Ann O'Neal** | CASE NUMBER **8:09-bk-19367-TA** |
| Debtor(s). | |

Scott Thomas Green
The Green Law Group, LLP
1777 E. Los Angeles Ave.
Simi Valley, CA 93065

Slunaker Construction
3672 Chicago Ave Suite B
Riverside, CA 92507

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

Southern California Edison Co
Credit and Payment Services
300 N Lone Hill Ave
San Dimas, CA 91773

Southwest Inspection & Testing
441 Commercial Way
LaHabra, CA 90631

State Compensation Ins. Fund
P.O. Box 9102
Pleasanton, CA 94566-9102

Sub-Treat Termite Control, Inc.
60200 Juniper Road Suite 230
Mountain Center, CA 92561

Sunstate Equipment Co
5552 East Washington
Phoenix, AZ 85034

Sunstate Equipment Co.
P.O. Box 52581
Phoenix, AZ 85072-2581

Swarts Property Management
15520 A Rockfield Blvd
Suite 200
Irvine, CA 92618

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

| In re: | CHAPTER 11 |
|---|---|
| **Danny Craig O'Neal, II**<br>**Becky Ann O'Neal** | CASE NUMBER **8:09-bk-19367-TA** |
| Debtor(s). | |

T-Mobile
3 mac Arthur Place Suite 1100
Santa Ana, CA 92707

Tab Electrical
641 S. Palm Street Suite F
La Habra, CA 90631

Talley Communications
Dept. LA 22514
Pasadena, CA 91185-2514

The Honorable Theodor C Albert
United States Bankruptcy Judge
411 W Fourth St. Suite 5085
Santa Ana, CA 92701-4593

The Law Office of Victor L. Gammill
17972 Sky Park Circle Suite B
Irvine, CA 92614

Tile King, Inc.
1689 Curtiss Court
La Verne, CA 91750

TN Sheet Metal, Inc.
18385 Bandilier Circle
Fountain Valley, CA 92708

Traffic Control Service, Inc.
1818 E. Orangethorpe Avenue
Fullerton, CA 92831

Trench Plate Rental Company
13217 Laureldale Avenue
Downey, CA 90242

United Plumbing, Inc.
2018 Chico Avenue
South El Monte, CA 91733

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re: | CHAPTER **11** |
| **Danny Craig O'Neal, II**<br>**Becky Ann O'Neal** | CASE NUMBER **8:09-bk-19367-TA** |
| Debtor(s). | |

United Recovery Center
3100 Gessner
Houston, TX 77063

United Services of California, Inc
3408 Hillcap Ave
San Jose, CA 95136

United Site Serv of California
P.O. Box 93694
City of Industry, CA 91715

United State Trustee
411 West Fourth St. Suite 9041
Santa Ana, CA 92701

VCI Framing, Inc.
111 Avenue del Mar Suite 210
San Clemente, CA 92672

Vengroff, Williams & Associates Inc
P.O. Box 4155
Sarasota, FL 34230-4155

Verizon Wireless
P.O. Box 9622
Mission Hills, CA 91346-9622

Walto's Heating & Air Conditioning
310 N. Cota Street Suite A
Corona, CA 92880

Waste Management of Orange County
P.O. Box 78251
Phoenix,, AZ 85062-8251

Wellbrock Builders
P.O. Box 7308
La Verne, CA 91750

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

| In re:<br>**Danny Craig O'Neal, II**<br>**Becky Ann O'Neal**<br><div align="right">Debtor(s).</div> | CHAPTER 11<br>CASE NUMBER **8:09-bk-19367-TA** |
|---|---|

White Cap
501 W Church Street
Orlando, FL 32805-2247

White Cap Construction Supply
Dept 0998
Los Angeles, CA 90088-0998

WW Grainer Inc
Niles, IL 60714

Young's Iron Works, Inc.
9133 De Garmo Ave
Sun Valley, CA 91352

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.